UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRELL WILLIAMS, | : | CIVIL ACTION NO. 3:CV-16-0868 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 15th DAY OF JUNE, 2016**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**